# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 01, 2013

Joseph M. Corlett
3239 Woodberry Lane
Sarasota, FL 34231

Mr. Sean F. Crotty
Honigman, Miller, Schwartz & Cohn
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

Mr. Leonard M. Niehoff
Honigman, Miller, Schwartz & Cohn
130 S. First Street
Fourth Floor
Ann Arbor, MI 48104-1386

      Re:  Case No. 13-2106, *Joseph Corlett v. Oakland Univ Bd of Trustees, et al*
           Originating Case No. : 2:13-cv-11145

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                Sincerely yours,

                                s/Connie A. Weiskittel
                                Mediation Administrator

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 13-2106

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOSEPH M. CORLETT

    Plaintiff - Appellant

v.

OAKLAND UNIVERSITY BOARD OF TRUSTEES; GARY D. RUSSI; MARY BETH SNYDER

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                       **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 01, 2013